## MAYFAIR WIRELESS LLC, Plaintiff–Appellant

v.

## CELLCO PARTNERSHIP, Verizon Wireless, AT & T Mobility LLC, T–Mobile USA, Inc., Sprint Nextel Corporation, Defendants–Appellees.

### No. 2014–1587.

United States Court of Appeals, Federal Circuit.

March 9, 2015.

Daniel Aaron Kotchen, Kotchen & Low LLP, Washington, DC, argued for plaintiff-appellant. Also represented by Michael John Von Klemperer.

Johnathan S. Franklin, Norton Rose Fulbright U.S. LLP, Washington, DC, argued for defendant-appellees. Defendant-appellee Cellco Partnership, Verizon Wireless, also represented by Geoffrey P. Eaton, Andrew Ryan Sommer, Charles B. Molster, III, Eric M. Goldstein, Winston & Strawn LLP, Washington, DC. Defendant-appellee AT & T Mobility LLC, also represented by Joseph P. Zammit, Fulbright & Jaworski LLP, New York, NY; Richard Stephen Zembek, Daniel Leventhal, Norton Rose Fulbright, Houston, TX; Sheila Kadura, Fulbright & Jaworski LLP, Austin, TX. Defendant-appellee T–Mobile USA, Inc., also represented by Shannon Jost, Stokes Lawrence, P.S., Seattle WA; John W. Shaw, Shaw Keller, Wilmington, DE. Defendant-appellee Sprint Nextel Corporation, also represented by Karen Ann Jacobs, Jennifer Ying, Morris, Nichols, Arsht & Tunnell LLP. Wilmington, DE.

LOURIE, MOORE, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**